# United States District Court
## *Southern District of Georgia*

SHAWNQUELL SHIGGS

_____
Plaintiff

Case No.  4:22-cv-00230-WTM-CLR

v.  SECURITY ASSOCIATES OF
COASTAL GEORGIA, LLC

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

_____
Defendant

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __26th__ day of __October__, __2022__.

*[Signature: Christopher L. Ray]*
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Charles R. Bridgers

Business Address: DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
Firm/Business Name

101 Marietta Street, NW
Street Address

Suite 2650 | Atlanta | GA | 30303
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

(404) 979-3150 | 080791
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: charlesbridgers@dcbflegal.com