IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHAWNQUELL SHIGGS, )
 )
    Plaintiff, )
 )
v. )   CASE NO. CV422-230
 )
SECURITY ASSOCIATES OF COASTAL )
GEORGIA, LLC, )
 )
    Defendant. )
 )

### O R D E R

Before the Court is the parties' Joint Motion for Court Review and Approval of Settlement Agreement and to Dismiss with Prejudice. (Doc. 26.) Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982), and 29 U.S.C. § 216(b), the Court must scrutinize the proposed settlement of Plaintiff Shawnquell Shiggs's Fair Labor Standards Act ("FLSA") claim for fairness before entering a stipulated judgment. The Court denied the parties' previous request for settlement approval, and they have now submitted a revised Settlement and Release Agreement. For the following reasons, the parties' motion to approve their settlement agreement is (Doc. 26) is **GRANTED**.

### ANALYSIS

In its prior order, the Court explained the procedures for employees to settle or otherwise compromise FLSA claims. (Doc. 25 at 2-3.) Accordingly, the Court incorporates by reference its

explanation of the legal standard for settlement of FLSA claims as well as its determinations that the case presents a bona fide dispute over FLSA coverage, the settlement amount to be collected by Plaintiff is fair and reasonable, and the amount to be paid in attorney's fees and costs is fair and reasonable. (Id. at 3, 4, 5.)

The Court rejected the parties' previous proposed settlement and release agreement because of the Modification provision, a lack of information regarding the Successors and Assigns provision, and a request for the Court to retain jurisdiction. (Id. at 5-6.) The Court also instructed the parties to specify the provision under which they sought dismissal. (Id. at 6.) The Court has confirmed that the parties removed the problematic Modification provision and Successors and Assigns provision, and they also specified they sought dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 26 at 1; Doc. 26, Attach. 1.) Additionally, no request for the Court to retain jurisdiction is in the settlement and release agreement.

## CONCLUSION

For the foregoing reasons, the Court **GRANTS** the parties' joint motion for court review and approval of settlement agreement and to dismiss with prejudice (Doc. 26) and **APPROVES** their settlement as set forth in the settlement and release agreement (Doc. 26, Attach. 1). The parties request that the Court dismiss this action

2

with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 26 at 1.) Accordingly, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of July 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA